UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS<br><br>    Plaintiff,<br><br>    v.<br><br>BOBADILLA, et.al.,<br><br>    Defendants. | Case No.: 1:20-cv-00887-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE MOTION TO PROCEED IN FORMA PAUPERIS FROM CASE NUMBER 1:19-cv-01738-DAD-SAB (PC) IN THIS ACTION |

    Plaintiff Antoine L. Ardds is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On June 26, 2020, this action was severed from case number 1:19-cv-01738-DAD-SAB (PC), Antoine L. Ardds v. Hicks, et al., and allowed to proceed against Defendants Bobadilla and Alcocer for excessive force in violation of the Eighth Amendment.

    It is HEREBY ORDERED that the Clerk of Court is directed to file Plaintiff's motion to proceed in forma pauperis filed in case number 19-cv-01738-DAD-SAB (PC) (ECF No. 2) in this action.

IT IS SO ORDERED.

Dated:  **June 29, 2020**

UNITED STATES MAGISTRATE JUDGE

1