# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOBADILLA, et.al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00887-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION<br><br>(ECF No. 32) |

Plaintiff Antoine L. Ardds is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 28, 2021, Plaintiff filed a statement of undisputed facts and an ex parte motion to submit exhibits. Plaintiff indicates that he believes he may have forgotten to submit his statement disputed and the exhibits along with his opposition that was filed on June 9, 2021.

On the basis of good cause, the Court will grant Plaintiff's motion to submit the statement of disputed facts and exhibits in support of his previously filed opposition. In the interest of justice, the Court grants Plaintiff **twenty (20)** days from the date of service of this order to file a reply to Defendant's statement of disputed facts, if so desired.

IT IS SO ORDERED.

Dated: __June 29, 2021__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1